RENCNHRG

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Melvin M Buzon
4439 1/2 N Wolcott Ave, Apt 1E
Chicago, IL 60640
SSN: xxx−xx−9848 EIN: N.A.

Case No. : 23−08858
Chapter : 13
Judge : Jacqueline P. Cox

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847−673−8600

Trustee:
Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603

312−294−5900

## RENOTICE CONFIRMATION HEARING

Please take notice that the confirmation hearing date has been reset for:

September 18, 2023 10:30 AM
Courtroom 680, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom

For the Court,

Dated: July 17, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-08858-JPC |
| Melvin M Buzon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2023 | Form ID: rencnhrg | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin M Buzon, 4439 1/2 N Wolcott Ave, Apt 1E, Chicago, IL 60640-5822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30310821 | + | Email/Text: backoffice@affirm.com | Jul 17 2023 23:29:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 30310822 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 17 2023 23:27:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 30310823 | + | Email/Text: bk@avant.com | Jul 17 2023 23:28:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 30310828 | | Email/Text: cfcbackoffice@contfinco.com | Jul 17 2023 23:27:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 30310824 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2023 23:44:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30310825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2023 23:43:56 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 30310826 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 17 2023 23:27:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 30310827 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 17 2023 23:27:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 30310829 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jul 17 2023 23:27:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 30310830 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 17 2023 23:29:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 30310831 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 17 2023 23:27:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 30310836 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2023 23:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30310832 | + | Email/Text: recovery@paypal.com | Jul 17 2023 23:26:00 | Paypal, PO Box 45950, Omaha, NE 68145-0950 |
| 30310833 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 17 2023 23:44:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30310834 | + | Email/Text: bncmail@w-legal.com | Jul 17 2023 23:27:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 30310835 | + | Email/Text: LCI@upstart.com | | |

Case 23-08858  Doc 19  Filed 07/19/23  Entered 07/19/23 23:16:14  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2023 | Form ID: rencnhrg | Total Noticed: 18 |

| | | | |
|---|---|---|---|
| | | Jul 17 2023 23:27:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 30318897 | ^  MEBN | | |
| | | Jul 17 2023 23:28:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 19, 2023                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 Melvin M Buzon cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 3